## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   FRANKLIN ANTONIO         [1]         08CR0516-L
         FIGUEROA-MONTES

The Honorable:    RUBEN B. BROOKS

Atty   HANNI FAKHOURY OF F.D.           for   [1]   -   PDA

Atty                                    for   []    -

Atty                                    for   []    -

*RBB08-1: 1043-1055   3 min*

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ALL PENDING DATES VACATED.
ISSUED ABSTRACT TO USM.

Date:   04/11/08                                      by    VTL

END OF FORM