**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 18 PM 4:08  APR 16 AM 11:37

| UNITED STATES OF AMERICA, | CASE NO. 08CR0516-L |
|---|---|
| Plaintiff, | BY: _____ DEPUTY |
| vs. | JUDGMENT OF DISMISSAL |
| FRANKLIN ANTONIO FIGUEROA-MONTES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: as charged in the Information.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/11/08

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 4/17/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____